UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH G. GORSICH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, *Commissioner of Social Security Administration*,<br><br>    Defendant,<br><br>v.<br><br>SSAOGC,<br><br>    Interested Party. | Case No. 09-cv-355-JPG |

## JUDGMENT

This matter having come before the Court, the Court having rendered a decision thereon,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Defendant Michael Astrue, Commissioner of the Social Security Administration, to deny Plaintiff Joseph Gorsich's application for disability benefits and supplemental security income is affirmed.

**NANCY ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

March 4, 2011

Approved:    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**